# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Jacobs Facilities Inc. | ) ASBCA No. 60709 |
| | ) |
| Under Contract No. W912DR-07-D-0001 | ) |

APPEARANCES FOR THE APPELLANT:     Robert J. Symon, Esq.
  Aron C. Beezley, Esq.
   Bradley Arant Boult Cummings LLP
   Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Thomas H. Gourlay, Jr., Esq.
   Engineer Chief Trial Attorney
  Scott C. Seufert, Esq.
   Assistant District Counsel
  Jennifer L. McGrath, Esq.
   Engineer Trial Attorney
   U.S. Army Engineer District, Baltimore

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 24 February 2017

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60709, Appeal of Jacob Facilities Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals